UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Marco Montez Eure**                            **Docket No. 2:10-CR-53-1BR**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marco Montez Eure, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on July 5, 2011, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Marco Montez Eure was released from custody on March 25, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 29, 2016, the defendant provided a urine sample that was submitted for laboratory analysis. Subsequent laboratory analysis revealed negative results; however, the specimen contained a noticeable amount of cocaine present. On August 16, 2016, during an office visit, Eure was confronted with the negative test results, but admitted to using cocaine on approximately July 22, 2016, and further signed an admission noting the same. Also on August 16, 2016, a urine sample was submitted for laboratory analysis and the defendant acknowledged last using cocaine on approximately August 13, 2016. On August 26, 2016, laboratory analysis revealed positive results for cocaine. On September 28, 2016, Eure was confronted with the laboratory results and signed an admission confirming he last used cocaine on approximately August 13, 2016, as previously addressed. The defendant agreed to complete a substance abuse evaluation and follow-up counseling, as needed. As sanctions for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons is recommended, along with participation in the DROPS Program, which shall begin at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Marco Montez Eure**
**Docket No. 2:10-CR-53-1BR**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: September 28, 2016 |

### ORDER OF THE COURT

Considered and ordered this ____30____ day of ____September____, 2016, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge